JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID LEONTI,<br><br>    Defendant. | NO. CR17-0048-RSL<br><br>**ORDER TERMINATING SUPERVISED RELEASE AND DISCHARGING DEFENDANT FROM SUPERVISION**<br><br>[PROPOSED] |

THIS MATTER HAVING COME BEFORE THE COURT on the motion of defendant DAVID LEONTI for an order pursuant to 18 U.S.C. §3583(e)(1) terminating supervised release and discharging him from supervision, and being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's motion is GRANTED, and it is

FURTHER ORDERED that the term of supervised release imposed in this case on July 12, 1999, is terminated effective  Aug. 21 , 2019, and the defendant shall be discharged from supervision on said date.

DONE this 21st day of Aug. , 2019.

_____
ROBERT S. LASNIK
United States District Court Judge

**ORDER TERMINATING SUPERVISED RELEASE AND DISCHARGING DEFENDANT FROM SUPERVISION; CR17-0048RSL - 1**

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111